UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT MILLS, | No. 2:14-cv-2322 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendant. | |

    Plaintiff has filed a document in which he asserts removal of this action was not in his best interests. Removal of this action was proper under diversity jurisdiction. 28 U.S.C. §§ 1441, 1332. Plaintiff's motion to remand will therefore be denied.

    Plaintiff also contends that he did not receive a copy of defendant's motion to dismiss. The proof of service for the motion to dismiss indicates that plaintiff was properly served at his address of record. Plaintiff is advised that he may review the motion to dismiss at the public terminals in the Clerk's office. The December 2, 2014 order directing plaintiff to file opposition and continuing the hearing date shall remain in effect.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion to remand (ECF No. 8) is denied; and

3  2. The December 2, 2014 order is confirmed.

4  Dated: December 11, 2014

5  _____
   CAROLYN K. DELANEY
6  UNITED STATES MAGISTRATE JUDGE

8  4 mills.rem