UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT MILLS, | No. 2:14-cv-2322 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendant. | |

Ruling on defendant's motion to dismiss under Federal Rules of Civil Procedure 12(b)(2), (4) and (5) was deferred pending an extension of time granted to plaintiff to properly effectuate service in this matter. Plaintiff has now filed an executed return of summons indicating service of the summons and complaint on the registered agent for service of process.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 5) is denied without prejudice.

Dated: January 26, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mills.mtd