UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMBERT MILLS,                                  No.  2:14-cv-2322 MCE CKD PS

                Plaintiff,

       v.                                       ORDER

BANKERS LIFE AND CASUALTY
COMPANY,

                Defendant.

     The court is in receipt of plaintiff's letter regarding defendant's propounding of interrogatories and requests for production of documents.  Plaintiff is advised of the following:

     Under the scheduling order, the meaning of the cut-off date of December 9, 2015 for non-expert discovery means that the parties may conduct discovery under the Federal Rules of Civil Procedure during that time period.  Such discovery includes the propounding of interrogatories and requests for production of documents.  The Federal Rules of Civil Procedure, which can be reviewed in the court's library, set forth the procedures for propounding such discovery and responding to same.

Dated:  June 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mills2322.disc