UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT MILLS, | No. 2:14-cv-2322 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendant. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on April 27, 2016 is defendant's motion for summary judgment. Because plaintiff had not timely filed opposition, the matter was continued and plaintiff was directed to file opposition no later than April 6, 2016. Plaintiff has filed a response indicating that he is not a lawyer and that he does not know what effect a summary judgment may have on his case. ECF No. 37. Plaintiff has filed no substantive opposition.

Although plaintiff is pro se, he is expected to comply with the Federal Rules of Civil Procedure. Motions for summary judgment are described in Federal Rule of Civil Procedure 56. Plaintiff is cautioned that if no substantive opposition is filed, the court will recommend that this action be dismissed with prejudice. Because it appears plaintiff did not understand the need for filing a substantive opposition and addressing the arguments made in defendant's motion for

1

1  summary judgment, the court will grant a brief continuance of the hearing and afford plaintiff a
2  further extension of time to file opposition.
3        The court hereby informs plaintiff of the following requirements for opposing a motion
4  for summary judgment pursuant to Federal Rule of Civil Procedure 56.  <u>See generally</u> <u>Rand v.</u>
5  <u>Rowland</u>, 154 F.3d 952, 957 (9th Cir. 1998) (en banc); <u>see also</u> <u>Klingele v. Eikenberry</u>, 849 F.2d
6  409 (9th Cir. 1988).  Such a motion is a request for an order for judgment in favor of the
7  defendant without trial.  A defendant's motion for summary judgment will set forth the facts that
8  the defendant contends are not reasonably subject to dispute and that entitle the defendant to
9  judgment.  To oppose a motion for summary judgment, plaintiff must show proof of his or her
10 claims.  Plaintiff may do this in one or more of the following ways.  Plaintiff may rely on
11 plaintiff's statements made under penalty of perjury in the complaint if the complaint shows that
12 plaintiff has personal knowledge of the matters stated and plaintiff specifies those parts of the
13 complaint on which plaintiff relies.  Plaintiff may serve and file one or more affidavits or
14 declarations setting forth the facts that plaintiff believes prove plaintiff's claims; the person who
15 signs an affidavit or declaration must have personal knowledge of the facts stated.  Plaintiff may
16 rely on written records, but plaintiff must prove that the records are what plaintiff asserts they are.
17 Plaintiff may rely on all or any part of the transcript of one or more depositions, answers to
18 interrogatories, or admissions obtained in this proceeding.  If plaintiff fails to contradict the
19 defendant's evidence with counteraffidavits or other admissible evidence, the court may accept
20 defendant's evidence as true and grant the motion.  If there is some good reason why such facts
21 are not available to plaintiff when required to oppose a motion for summary judgment, the court
22 will consider a request to postpone consideration of the defendant's motion.  <u>See</u> Fed. R. Civ. P.
23 56(d).  If plaintiff does not serve and file a written opposition to the motion, or a request to
24 postpone consideration of the motion, the court may consider the failure to act as a waiver of
25 opposition to the defendant's motion.  <u>See</u> L.R. 230(l).  If the court grants the motion for
26 summary judgment, whether opposed or unopposed, judgment will be entered for the defendant
27 without a trial and the case will be closed as to that defendant.
28 /////

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of April 27, 2016 is vacated. Hearing on defendant's motion is continued to May 11, 2016 at 10:00 a.m. in courtroom no. 24.

2. Plaintiff shall file opposition, if any, to the motion no later than April 20, 2016. Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3. Reply, if any, shall be filed no later than April 27, 2016.

Dated: April 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mills2322.msj.nop